United States District Court
District of Massachusetts

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
        v.                    )
                              )   Criminal No.
VICTOR TEJADA,                )   01-40033-NMG
                              )
        Defendant.            )
_____)
```

**ORDER**

**GORTON, J.**

The defendant shall respond to the government's status report (Docket No. 130) regarding the defendant's motion for retroactive application of the sentencing guidelines to crack cocaine offenses pursuant to 18 U.S.C. 3582(c) (Docket No. 106) by no later than the close of business Wednesday, January 28, 2009. The Court will, in any event, render a decision on the motion by Friday, January 30, 2009.

**So ordered.**

                                            /s/ Nathaniel M. Gorton
                                            Nathaniel M. Gorton
                                            United States District Judge

Dated January 23, 2009